# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:13-CR-00048-RWS |
| KENNETH J. ENRICO, | : |
| | : |
| Defendant. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [33] of Magistrate Judge Alan J. Baverman. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress Statements [15] is hereby **DENIED**.

**SO ORDERED** this __19th__ day of September, 2013.

_____
**RICHARD W. STORY**
United States District Judge